229 So.2d 732

**Joyce Elaine REYNOLDS et al.**

**v.**

**HARTFORD ACCIDENT & INDEMNITY COMPANY et al.**

**No. 50224.**

Jan. 9, 1970.

In re: Joyce Elaine Reynolds et al. applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Bossier. 228 So.2d 76.

Writ refused. On the facts found by the Court of Appeal the result is correct.